# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| GEORGIA BICKERSTAFF ) | CASE NO. 1:03CV240 |
| ) | |
| Plaintiff ) | JUDGE PAUL R. MATIA |
| ) | |
| vs. ) | PLAINTIFF'S RESPONSE TO |
| ) | ADMISSIONS REQUEST FROM |
| ) | DEFENDANT CITY OF CLEVELAND |
| EDWARD LOHN, ET AL. ) | |
| ) | |
| Defendant ) | |

Now comes Plaintiff, by and through undersigned counsel, and hereby responds to

the all of the Defendants Request for Admissions as follows:

Request # 1.  Admit

Request # 2. Admit

Request # 3. Admit

Request # 4. Admit

Request # 5. Admit.

Respectfully submitted,

Richard H. Drucker, #0002466
Attorney for Plaintiff
13204 Shaker Square, Suite 205
Cleveland, OH 44120
(216) 791-2900

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was sent by regular U.S. Mail, postage prepaid, on this ___8th___ day of ___September___ 2003 to the following:

Natalie L. Peterson
Thomas J. Kaiser
Chief Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Suite 106
Cleveland, Ohio 44114
Attorney for All Defendants

_____
Richard H. Drucker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGIA BICKERSTAFF, | ) | CASE NO. 1:03CV240 |
| | ) | |
| Plaintiff, | ) | JUDGE PAUL MATIA |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD LOHN, et al., | ) | |
| | ) | **DEFENDANTS' FIRST SET OF REQUESTS** |
| Defendants. | ) | **FOR ADMISSION** |

Defendants Edward Lohn, the City of Cleveland, Officer Raymond Chipgus, and

Officer Antonia Montijo submit to Plaintiff Georgia Bickerstaff the following Requests

for Admission to answer separately and fully in writing under oath within 30 days after

service thereof and in the manner provided under Federal Rule of Civil Procedure 36. All

document numbers refer to the documents produced by Defendants as part of their Initial

Disclosures.

## REQUESTS FOR ADMISSION

1.      Admit that the document produced by Defendants and numbered 000007-000016

is a true and correct copy of the Coroner's Office's Autopsy Report concerning the

decedent, Craig L. Bickerstaff.

2.      Admit that according to document number 000009, the decedent weighed 409

pounds and was 72 inches tall.

3.      Admit that the document numbered 000057-000058 is a true and accurate copy of

the Coroner's Office's Toxicology Laboratory Report that was based upon samples of the

decedent's bodily fluids.

4.     Admit that the Toxicology Laboratory Report (document numbers 000057-000058) indicates that the decedent had a .29 mg/L concentration of phencyclidine in his blood at the time of the autopsy.

5.     Admit that the Craig Bickerstaff referred to in document numbers 000427-000557 is the decedent.


Respectfully submitted,

SUBODH CHANDRA (0069233)
Director of Law

By:     _____
        THOMAS J. KAISER (0014339)
        Chief Trial Counsel
        NATALIE L. PETERSON (0068449)
        Assistant Director of Law
        City of Cleveland, Department of Law
        601 Lakeside Avenue, Room 106
        Cleveland, OH 44114
        Telephone: (216) 664-2800 (voice)
        Facsimile: (216) 664-2663
        E-mail: tkaiser@city.cleveland.oh.us
        or npeterson@city.cleveland.oh.us

        Counsel for Defendants Edward Lohn,
        City of Cleveland, Raymond Chipgus,
        and Antonia Montijo

## CERTIFICATE OF SERVICE

I certify that I sent a true and accurate copy of the foregoing Defendants' First Set of Requests for Admission via U.S. mail postage pre-paid on August ___, 2003 to:

Richard H. Drucker, Esq.
13224 Shaker Square, Suite 205
Cleveland, Ohio  44113-0000

_____
One of the Attorneys for Defendants